THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 

v.

 
 
 
 
 Sue S. and
 Laverne J., Defendants,
 
 Of whom Laverne
 J. is the Appellant.
 
 
 In
 the Interest of M.J., a minor child under the age of 18.
 
 
 

Appeal From Lee County
 George M. McFaddin, Jr., Family Court
Judge

Unpublished Opinion No. 2010-UP-094
 Submitted February 1, 2010  Filed
February 4, 2010   

AFFIRMED

 
 
 
 Jacob H. Jennings, of Bishopville, for
 Appellant.
 Deborah Truett Nielsen, of Sumter, for
 Respondent.
 Edgar R. Donnald, Jr., of Sumter, for
 Guardian Ad Litem.
 
 
 

PER CURIAM: Laverne J. appeals from the family court's order terminating his parental rights
 to his minor child.  See S.C. Code Ann. § 63-7-2570 (2008).  Upon
 a thorough review of the record and the family court's findings of fact and
 conclusions of law, pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly,
 we affirm the family court's ruling.   
AFFIRMED.[1]
WILLIAMS,
 KONDUROS, JJ., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.